MICHAEL J. LYONS (State Bar No. 202284)
DION M. BREGMAN (State Bar No. 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXJET CORPORATION, a Florida corporation, and LEXJET SOUTHERN CALIFORNIA, LLC, a California limited liability company,<br><br>Defendants. | Case No. _____<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

*[Stamps: FILED 2008 MAY 22 P 2:31, RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.; ADR; E-FILING; ORIGINAL; C08 02596; PVT]*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3696170.1

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned states that Plaintiff Hewlett-Packard Company does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: May 22, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _____
Michael J. Lyons

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY