```
 1  MICHAEL J. LYONS (State Bar No. 202284)
    DION M. BREGMAN (State Bar No. 208393)
 2  MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
 3  3000 El Camino Real, Suite 700
    Palo Alto, CA 94306-2122
 4  Tel: 650.843.4000
    Fax: 650.843.4001
 5  E-mail: mlyons@morganlewis.com
    E-mail: dbregman@morganlewis.com
 6
    Attorneys for Plaintiff
 7  HEWLETT-PACKARD COMPANY
```



FILED
2008 MAY 22 P 2:30
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEXJET CORPORATION, a Florida corporation, and LEXJET SOUTHERN CALIFORNIA, LLC, a California limited liability company,<br><br>Defendants. | Case No. C 08 02596 PVT<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

1-PA/3696066.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIVIL L.R. 3-16

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Plaintiff Hewlett-Packard Company, hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 22, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By _____
Michael J. Lyons

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY