AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ADR
E-FILING

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| LEXJET CORPORATION, a Florida corporation, and LEXJET ) | **C08  02596  PVT** |
| SOUTHERN CALIFORNIA, LLC, a California limited liability company ) | |
| Defendant | |

## Summons in a Civil Action

To: LEXJET CORPORATION, C/O (REGISTERED AGENT): ROBERT W. DARNELL, 1820 RINGLING BLVD., SARASOTA, FL 34236 and LEXJET SOUTHERN CALIFORNIA, LLC, C/O (REGISTERED AGENT): MICHAEL J. KINKELAAR, 530 B ST., STE. 2100, SAN DIEGO, CA 92101

*(Defendants' Name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael J. Lyons, Esq.
Morgan, Lewis & Bockius LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 2 2 2008

Richard W. Wieking
Name of clerk of court

**Tiffany Salinas-Harwell**

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*