MICHAEL J. LYONS (State Bar No. 202284)
DION M. BREGMAN (State Bar No. 208393)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEXJET CORPORATION, a Florida corporation, and LEXJET SOUTHERN CALIFORNIA, LLC, a California limited liability company,<br><br>　　　　　　Defendants. | Case No. 08-CV-02596 (PVT)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 4, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP


By _____/s/_____
　　　Michael J. Lyons

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

DB1/62032748.1