1  HEATHER N. MEWES (CSB No. 203690)
   hmewes@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12
   HEWLETT PACKARD COMPANY           CASE NO. C 08-02596 JF
13
              Plaintiff,             **SUBSTITUTION OF COUNSEL**
14
        v.
15
   LEXJET CORP., ET AL.
16
              Defendant.
17

18

19        PLEASE TAKE NOTICE that Plaintiff Hewlett Packard Company hereby

20 substitutes the law firm of Fenwick & West LLP, 555 California Street, 12th Floor, San

21 Francisco, California 94104 as its attorney of record in this matter and on whom notices and

22 papers may be served.  This substitution of counsel is in the place and stead of Michael J. Lyons,

23 Morgan, Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto,

24 CA 94306, Tel: 650.843.7507

25 Fax: 650.843.4001

26 /////

27 /////

28 /////

SUBSTITUTION OF COUNSEL                                    CASE NO. C 08-02596 JF

1  Hewlett-Packard Company hereby consents to this substitution.

2  Dated: August 21, 2008                                    Hewlett-Packard Company

                                                    /s/ Michael D. Jones
                                                            Michael D. Jones

6  Morgan, Lewis & Bockius LLP hereby consents to this substitution.

7  Dated: August 21, 2008                                    Morgan, Lewis & Bockius LLP

                                                    /s/ Michael J. Lyons
                                                    Michael J. Lyons

11  I accept the above substitution and am admitted to practice in this Court.

13  Dated: August 21, 2008                                    FENWICK& WEST LLP

                                                     /s/  Heather N. Mewes
                                                     Heather N. Mewes

### **ORDER**

Having considered the above "Substitution of Counsel," and good cause appearing therefore:

IT IS SO ORDERED.

DATED: _____

                                                    The Hon. Jeremy Fogel
                                                    United States District Judge

SUBSTITUTION OF COUNSEL                 2                      CASE NO. C 08-02596 JF

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Hewlett-Packard Company hereby consents to this substitution.

2  Dated: August 21, 2008        Hewlett-Packard Company

6  Morgan, Lewis & Bockius LLP hereby consents to this substitution.

7  Dated: August 21, 2008        Morgan, Lewis & Bockius LLP

11  I accept the above substitution and am admitted to practice in this Court.

13  Dated: August 21, 2008        FENWICK & WEST LLP

        Heather N. Mewes

### ORDER

Having considered the above "Substitution of Counsel," and good cause appearing therefore:

IT IS SO ORDERED.

DATED: _____

The Hon. Jeremy Fogel
United States District Judge