1  HEATHER N. MEWES (CSB No. 203690)
    hmewes@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone: (415) 875-2300
4  Facsimile:  (415) 281-1350

5  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HEWLETT PACKARD COMPANY | CASE NO. C 08-02596 JF |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF HEATHER MEWES FOR PLAINTIFF HEWLETT PACKARD COMPANY** |
| v. | |
| LEXJET CORP., ET AL. | |
| Defendant. | |

   Heather Mewes of Fenwick and West LLP hereby enters her appearance in the above-captioned action on behalf of Plaintiff Hewlett Packard Company.  For purposes of receipt of Notices of Electronic Filing, Ms. Mewes' email address is as follows:

   Heather Mewes:     hmewes@fenwick.com

Dated:  August 29, 2008                  FENWICK & WEST LLP


                                         By:_____/s/ Heather N. Mewes_____

                                         Attorney for Plaintiff
                                         HEWLETT PACKARD COMPANY

MEWES NOTICE OF APPEARANCE                                CASE NO. C 08-02596 JF