HEATHER N. MEWES (CSB No. 203690)
hmewes@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LEXJET CORP., ET AL.<br><br>Defendant. | CASE NO. C 08-02596 JF<br><br>**REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Initial CMC:   September 12, 2008 |

Plaintiff Hewlett Packard Company ("HP") submits this Request for Continuance of the Initial Case Management Conference scheduled for September 12, 2008.

HP filed a complaint for patent infringement against Defendants Lexjet Corp. and LexJet Southern California, LLC on May 22, 2008. In its complaint, HP asserts that Defendants infringe two HP patents relating to ink-jet inks. One of these patents, U.S. Patent No. 5,116,409, was the subject of a prior litigation between HP and another defendant in this district. *See* Case No. 94-20647. This prior case proceeded through trial in front of Judge Ware, with a final judgment entered in 2000.

In order to facilitate resolution of this matter, HP has not yet formally served the complaint on Defendants (the deadline for service of the complaint is September 19, 2008).

RQT. FOR CONTINUANCE OF INITIAL CMC                                                                            CASE NO. C 08-02596 JF

However, the parties have been in active settlement negotiations during this period. Because the complaint has not yet been served and Defendants have not yet appeared, HP requests a continuance of the Initial Case Management Conference scheduled for September 12, 2008, until at least October 24, 2008. If settlement negotiations are unsuccessful, HP will serve the complaint by September 19, 2008. An extension until October 24 would allow Defendants time to respond to the complaint and the parties time to meet and confer pursuant to Rule 26(f).

Dated: August 29, 2008                              FENWICK & WEST LLP


By:  _____/s/ Heather N. Mewes_____

Attorney for Plaintiff
HEWLETT PACKARD COMPANY

**ORDER**

Having considered the above Request for Continuance of Case Management Conference and good cause appearing therefore:

IT IS SO ORDERED.

DATED:  _____

_____
The Hon. Jeremy Fogel
United States District Judge