1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HEATHER N. MEWES (CSB No. 203690)
  hmewes@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**E-Filed 10/2/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEWLETT PACKARD COMPANY

Plaintiff,

v.

LEXJET CORP., ET AL.

Defendant.

CASE NO. C 08-02596 JF

**REQUEST FOR FURTHER
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE,
STIPULATED EXTENSION OF TIME TO
RESPOND TO COMPLAINT AND
[PROPOSED] ORDER**

Initial CMC:   October 24, 2008

Plaintiff Hewlett Packard Company ("HP") submits this Request for Further Continuance

of the Initial Case Management Conference scheduled for October 24, 2008.

HP filed a complaint for patent infringement against Defendants Lexjet Corp. and LexJet

Southern California, LLC on May 22, 2008.  In its complaint, HP asserts that Defendants infringe

two HP patents relating to ink-jet inks.

In order to facilitate resolution of this matter, HP did not serve this complaint on

Defendants until the last day for service, September 19, 2008.  During this period, the parties

were in active settlement negotiation.  In order to further facilitate settlement negotiations, HP has

also now stipulated to a 30-day extension of time for Defendants to respond to the complaint,

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   such that a response would not be due until November 10, 2008.

2        In light of the fact that the complaint has only recently been served, that Defendants'

3   response would not be due until November 10, and that settlement negotiations are on-going, HP

4   requests a second continuance of the Initial Case Management Conference scheduled for October

5   24, 2008, until at least December 5, 2008.

6        An extension until December 5 would allow the parties to continue their settlement

7   negotiations, would allow Defendants time to respond to the complaint and would allow the

8   parties time to meet and confer pursuant to Rule 26(f).

9   Dated: September 26, 2008                FENWICK & WEST LLP

10

11                                           By: _____ /s/ Heather N. Mewes _____

12

13                                           Attorney for Plaintiff
                                             HEWLETT PACKARD COMPANY

14

15                                    **ORDER**

16       Having considered the above Second Request for Continuance of Case Management

17  Conference and Stipulation and good cause appearing therefore:

18       1.    Defendants' time to respond to the complaint is extended by 30-days to November

19  10, 2008.

20       2.    The initial case management conference set for October 24, 2008, is vacated and

21  re-set for ___12/5/08_____.

22       IT IS SO ORDERED.

23

24  DATED: ___10/2/08_____

25

26                                           _____
                                             The Hon. Jeremy Fogel
27                                           United States District Judge

28  26394/00409/SF/5241174.1